JENNIE TRACHTENBERG, Respondent, *v.* BESSIE TRACHTENBERG et al., Appellants.

*Torts — alienation of affections — action by wife to recover for alienation of husband's affections.*

*Trachtenberg* v. *Trachtenberg*, 203 App. Div. 895, affirmed.

(Argued March 23, 1923; decided April 24, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 24, 1922, affirming a judgment in favor of plaintiff entered upon a verdict. The action was brought by the plaintiff against her mother-in-law and her father-in-law to recover for the alleged alienation by them of her husband's affections.

*Edgar Treacy* and *Emanuel Schoenzeit* for appellants. *Samuel Dickstein* and *Ira J. Schuster*, for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.

---

EVERETT I. WEAVER, Respondent, *v.* PACIFIC IMPROVEMENT COMPANY, Appellant, Impleaded with Others.

FRANK S. SMITH, Individually and as Receiver of the PITTSBURG, SHAWMUT AND NORTHERN RAILROAD COMPANY, Respondent, *v.* PACIFIC IMPROVEMENT COMPANY, Appellant, Impleaded with Others.

CENTRAL TRUST COMPANY OF NEW YORK, Plaintiff, *v.* THE PITTSBURG, SHAWMUT AND NORTHERN RAILROAD COMPANY et al., Defendants.

HENRY S. HASTINGS, as Receiver, Respondent; CENTRAL UNION TRUST COMPANY OF NEW YORK, as Trustee; et al., Appellants.

(Submitted April 16, 1923; decided April 24, 1923.)

Motion for re-argument or to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 234 N. Y. 418.)